=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 213
Walter R. Beardslee, &c., et al.,
           Respondents,
        v.
Inflection Energy, LLC, et al.,
           Appellants.


           Thomas S. West, for appellants.
           Robert R. Jones, for respondents.


*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of questions by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.

Decided August 28, 2014